RECEIVED
JAN 2 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  SMITH           RICK            P
      (Last)          (First)         (Initial)

Prisoner Number  T-98778

Institutional Address  SAN QUENTIN STATE PRISON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICK P. SMITH
(Enter the full name of plaintiff in this action.)

vs.

ROBERT L. AYERS, JR.
M. MORROW
SGT. HENSON
CRAFT
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 0716 WHA (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

[All questions on this complaint form must be answered in order for your action to proceed..]

I.   Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  SAN QUENTIN

B.   Is there a grievance procedure in this institution?
     YES (X)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES (X)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                    - 1 -

1. Informal appeal _____

2. First formal level _____

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. 602 WILL BE SENT AS SOON AS IT IS RETURED FROM SACRAMENTO, CHIEF, INMATE APPEALS

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

RICK SMITH T-98778
S.Q.S.P. 3-C-8
SAN QUENTIN, CA. 94974

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

ROBERT L. AYERS, JR. WARDEN
SAN QUENTIN STATE PRISON

COMPLAINT     - 2 -

1. M. MORROW, SGT. HENSON, CRAFT
2. JOHNSON, STEWART, M. FRAIRE,
3. J. DEFAZIO, M. PAYNE, CONERLY, SGT LEE
4. SCLENTINO, PRADO, COLLINS, SGT BRADFORD
   MARGATE, STEELE

5. III.   Statement of Claim.

6.        State here as briefly as possible the facts of your case. Be sure to describe how each
7.  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8.  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9.  separate numbered paragraph.
10. SEE LETTER ATTACHED (8) EIGHT PAGE
11. DOCUMENT
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23. IV.   Relief.
24.        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25. what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26. ALL ADDITIONAL RELIEF THIS
27. COURT DEEMS JUST, PROPER AND
28. EQUITABLE

COMPLAINT                                 - 3 -

1  <u>PLAINTIFF DEMANDS JURY TRIAL</u>
2  <u>ON ALL ISSUES TRIABLE BY JURY</u>

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _16-th_ day of _JANUARY_, 20_08_

_____
(Plaintiff's signature)

COMPLAINT                           - 4 -

RICK P. SMITH T-78776
S.Q.S.P. 3-C-08
SAN QUENTIN, CA. 94974

## STATEMENT OF CLAIM

THIS IS TO DOCUMENT THE ACTIONS OF THE NAMED CORRECTIONAL OFFICERS WHILE ACTING UNDER COLOR OF STATE LAW.

DEFENDANT, ROBERT L. AYERS, JR. IS NAMED AS WARDEN OF SAN QUENTIN. HE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF SAN QUENTIN AND FOR THE WELFARE OF ALL THE INMATES OF THAT PRISON.

THE EIGHTH AMENDMENT'S PROHIBITION OF CRUEL AND UNUSUAL PUNISHMENT ALSO PROTECTS PLAINTIFF'S RIGHT TO SAFE AND DECENT CONDITIONS IN PRISON.

PRISON CONDITIONS AND PRACTICES CANNOT DEPRIVE INMATES OF THE MINIMAL CIVILIZED MEASURE OF LIFE'S NECESSITIES, HYGIENE AND EXERCISE, FALL IN THAT CATEGORY

THERE IS A STRONG LIKELIHOOD OF PSYCHOLO-
GICAL DAMAGE DUE TO THE DENIAL OF
EXERCISE PRIVILEGES FOR 90 DAYS.
DELANEY V. DETELLA, 256 F. 3D 679 (7th CIR.
2001)

DELTEQUINE THAT THE [illegible] TO MENTAL
[illegible] AS WELL AS UNUSUAL [illegible]
[illegible]

PLAINTIFF [illegible] THAT [illegible] MONTHS
HE WAS GIVEN NO YARD BECAUSE HE
WOULD NOT BACK OUT OF HIS CELL.

PLAINTIFF STATES THAT HE WAS GIVEN
3 SHOWERS IN 4 MONTHS BECAUSE HE WOULD
NOT BACK [illegible]

PLAINTIFF STATES THAT HE HAS NOT BEEN
GIVEN [illegible] SINCE 11-12-07 TO 1-4-08

PLAINTIFF STATES THAT HE CONTINUES
TO BE WOKE UP AT NIGHT FOR NO REASON

WHEN THE STATE TRANSGRESSES THESE LIM-
ITS IT TRANSGRESSES THE EIGHTH
AMENDMENT.

3

10-17 GIVEN S.H.U. TERM FOR BATTERY ON AN INMATE BY I.C.C. AND HELD IN HOLDING CADGE BY C/O M. MORROW, SGT. HENSON AND C/O CRAFT FOR MORE THAN 1 HR WITH HANDS CUFFED BEHIND MY BACK TOLD I MUST BACK OUT OR I DO NOT EXIT.

10-19 C/O JOHNSON TOLD ME I MUST BACK OUT OF MY CELL OR I DON'T SHOWER

10-22 C/O STEWART WAKE ME UP BANGING ON MY CELL DOOR TELLS ME HE HAS TO MAKE SURE I'M ALIVE.

10-24 C/O STEWART 1RST WATCH RETURNS MY MAIL AND THROWS IT ON MY FLOOR NO EXPLANATION

10-28 C/O M. FRATUS AND J. DEFAZIO TELL ME I MUST "STRIP OUT" OR I DONT SHOWER WILL NOT GIVE ME A 602.

4

11-6 C/O M. PAYNE AND CONERLY TELL ME TO BACK OUT OR I DON'T SHOWER. NO ONE ELSE ON THE TIER IS GIVEN THIS TREATMENT.

11-9 NO ONE ON TIER SHOWERD

SGT. LEE GIVES ME HEARING ON 602 FOR NOT SHOWERING ME AND TELLS CONERLY THAT "I DON'T COME OUT OF MY CELL UNLESS I BACK OUT". RETURNING TO CELL C/O M. FRAIRE THROWS ME INTO THE CORNER OF MY CELL WITH MY HANDS CUFFED BEHIND MY BACK AS C/O SCREMENTINO HOLDS MACE CAN POINTED AT MY FACE.

11-11 C/O DEFAZIO AGAIN TELLS ME I MUST "STRIP OUT" OR I DON'T SHOWER

11-13 C/O CONERLY TELLS ME "BACK OUT OR NO SHOWER".

11-13 NO 602'S GIVEN STARTING THIS DAY BY C/O PRADO

11-16 C/O CONERLY NO SHOWER

11-18 C/O ZIMMERMAN SHOWERS ME NO PROBLEM, I EXIT CELL FACE FIRST.

11-20 C/O REED SHOWERS ME NO PROBLEM I EXIT CELL FACE FIRST

1-23 C/O JOHNSON AGAIN NO SHOWER

11-25 C/O M. FRAIRE AND J. DEFAZIO NO SHOWER

11-27 C/O CONERLY NO SHOWER

1-30 C/O CONERLY DOES NOT EVEN ASK IF I'M GOING TO SHOWER

12-2 4 TIMES C/O MARGATE BANGS ON MY CELL DOOR AND WAKES ME UP TELLING ME HE HAS TO MAKE SURE I'M ALIVE

12-2 NO SHOWER M. FRAIRE, J. DEFAZIO ALSO FED ON PAPER PLATE FOR NO REASON

2-3 C/O MARGATE AGAIN BANGS ON MY CELL DOOR IN THE MIDDLE OF THE NIGHT WAKING ME UP FOR NO REASON

12-4 C/O COLLINS WAKES ME UP ON 3RD WATCH BANGING ON MY CELL TELLS ME I'M A J-CAT SHINES FLASH LIGHT IN MY FACE TO PROVOKE ME.

12-4 NO SHOWER C/O CONERLY

12-7 NO SHOWER C/O CONERLY

12-9 NO SHOWER C/O M. FRAIRE, J. DEFAZIO

12-10 C/O MARGATE AGAIN BANGS ON CELL DOOR IN THE MIDDLE OF THE NIGHT FOR NO REASON WAKING ME UP

12-11 NO SHOWER C/O CONERLY

12-11 SGT. BRADFORD, C/O STEELE BANG ON MY CELL DOOR IN THE MIDDLE OF THE NIGHT TELLING I MUST REMOVE TOWELS AND SHEETS FROM AROUND MY BED, I TELL HIM C/O'S STEELE, MARGATE AND STEWART CONTINUE TO SHINE FLASHLIGHTS IN MY FACE WAKING ME UP THATS WHY THEY ARE THERE, I ASK BRADFORD FOR A 602 NONE GIVEN.

12-14 JOHNSON, CONERLY NO SHOWER

12-15 COLLINS GIVES EVERY ONE AROUND MY CELL A HAIRCUT NOT ME

12-18 CONERLY NO SHOWER

C/O STEELE BANGS ON CELL WAKING ME UP NO REASON.

12-21 JOHNSON, CONERLY NO SHOWER

12-25 CONERLY NO SHOWER ASKED HIM FOR 602 NONE GIVEN

1st WATCH C/O STEELE BANGS ON CELL DOOR FOR 1 MINUTE

12-28 NO SHOWER MENDOZA, CONERLY I ASK FOR A 602 CONERLY TELLS ME TO SHUT UP AND LAY DOWN

12-29 ASK MENDOZA AGAIN FOR 602
1-1 NO SHOWER CONERLY 1RST WATCH
C/O STEELE AGAIN BANGS ON CELL DOOR
FOR OVER ONE MINUTE

1-4 NO SHOWER MENDOZA, CONERLY
   CONERLY GIVES ME A 602
1-6 NO SHOWER DEFAZIO
1-8 NO SHOWER MENDOZA, CONERLY
SGT BRADFORD AGAIN WAKES ME UP FOR NO
REASON
1-11 NO SHOWER CONERLY
1-13 DE LEON SHOWER NO PROBLEM
1-15 DE LEON SHOWER NO PROBLEM

EXHAUSTION OF ADMINISTRATIVE REMEDIES
REQUIREMENT WILL BE MET AS SOON AS MY
602 IS RETURNED FROM CHIEF, INMATE
APPEALS, SACRAMENTO, PO BOX ███ 942883, CAL.
94283-0001

PLAINTIFF CLEARLY SETS FORTH DEFENDANTS
IN INDIVIDUAL AND STATE CAPACITY

8

PLAINTIFF CLAIMS DUE PROCESS AND EQUAL PROTECTION CLAUSES OF THE FIFTH, FOURTEENTH AND EIGHTH AMENDMENT. PRISON CONDITIONS AND PRACTICES DOES GIVE RISE TO SIGNIFICANT HARDSHIP ON THE INMATE IN RELATION TO THE ORDINARY INCIDENTS OF PRISON LIFE AND THAT SIMILARY SITUATED INMATES ARE INTENTIONALLY TREATED DIFFERENTLY BY THE STATE AND THERE IS NO RATIONAL RELATION BETWEEN THE DISSIMILAR TREATMENT AND ANY LEGITIMATE PENAL INTEREST.

TO SATIFIY THE "UNDER COLOR OF LAW" REQUIREMENT ALL DEFENDANTS CONDUCT IS THE MISUSE OF POWER POSSESSED BY VIRTUE OF STATE LAW AND MADE POSSIBLE ONLY BECAUSE THE WRONG DOER IS CLOTHED WITH THE AUTHORITY OF STATE LAW.

4th AMENDMENT CLAIM STATED BECAUSE INMATE HAS RIGHT TO BE FREE FROM STRIP SEARCH ABSENT REASONABLE SUSPICION PRISONER IS CARRYING CONTRABAND OR WEAPONS

EVEN THOUGH CERTAIN CONDITIONS MIGHT NOT BE UNCONSTITUTIONAL ON THEIR OWN THEY ADD UP TO CREATE AN OVERALL EFFECT THAT IS UNCONSTITUTIONAL

RICK P. SMITH T-98878
S.Q.S.P. 3-C-8
SAN QUENTIN, CA.
94974

U.S. DISTRICT COURT
450 GOLDEN GATE AV.
SAN FRANCISCO, CA.
94102



UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004248283
$ 00.92°
JAN 23 2008
MAILED FROM ZIPCODE 94964

NSF SAN QUENTIN STATE PRISON