```
                    FILED
                  JAN 3 0 2008
    E-filing    RICHARD W. WIEKING
               CLERK, U.S. DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICK P. SMITH
           Plaintiff,

vs.

ROBERT L. AYERS, JR
ET AL
           Defendant.

CASE NO. CV 08  0716 WHA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, RICK SMITH, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | IMPRISONED SINCE 11-5-05
5 | S.S.I. APPROX. $800.00 MO.
6 | _____

7 | 2.   Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:

9 |   a.   Business, Profession or          Yes ___ No _X_
10 |       self employment
11 |   b.   Income from stocks, bonds,      Yes ___ No _X_
12 |       or royalties?
13 |   c.   Rent payments?                   Yes ___ No _X_
14 |   d.   Pensions, annuities, or          Yes ___ No _X_
15 |       life insurance payments?
16 |   e.   Federal or State welfare payments,  Yes ___ No _X_
17 |       Social Security or other govern-
18 |       ment source?

19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____
22 | _____

23 | 3.   Are you married?                   Yes ___ No _X_
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____ Net $_____
28 | 4.   a.   List amount you contribute to your spouse's support:$_____

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?          Yes ____ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                     Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____0_____ Utilities: _____0_____
23 Food: $ _____0_____ Clothing: _____0_____
24 Charge Accounts:
25 Name of Account         Monthly Payment           Total Owed on This Acct.
26 NONE                    $ _____         $ _____
27 _____         $ _____         $ _____
28 _____         $ _____         $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1-16-08

DATE                              SIGNATURE OF APPLICANT

JAN 09 2008

1
2     Case Number: _____
3
4
5
6
7
8               **CERTIFICATE OF FUNDS**
9                         **IN**
10              **PRISONER'S ACCOUNT**
11        T-Y -/ + c
12   I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Rick Smith_ for the last six months
                                        [prisoner name]
14   _San Quentin_ where (s)he is confined.
        [name of institution]
15   I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _0.00_ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ _0.00_.
18
19   Dated: _1-10-08_              _____
                                   [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                                   REPORT DATE: 01/10/08
                                                          PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SAN QUENTIN PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 10, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : T98778                   BED/CELL NUMBER: C 3 000000000008L
ACCOUNT NAME   : SMITH, RICKY PAUL        ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY

                  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1/10/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE